28 September 2017

Clerk Of The Court
U.S. Federal District Court
for Rhode Island
Exchange Terrace
Providence, Rhode Island
        02903

2017 OCT -3  A 11: 52

Dear Sir/Madam;

    Please be advised that as of 28 September 2017, Mr. Olin Thompson Esq. was terminated as the attourney of record for case #1:16-cr-00055-s-PAS.

    This action was deemed neccessary, not for his lack of legal knowledge, but for his profound defficiency in the current technologies are along with his inability/unwillingness to attempt to understand what is being communicated to him. This defficiency will be insurmountable for Mr. Thompson, and will adversly affect my defence, and ultimatly my constitutional interests. Mr. Thompson has also failed to provide informations and materials as requested, both verbally and in writing.

    While Mr. Thompson may be an exemplary attourney, with an impeccable record, we have been unable to achieve a repore that would allow us to form a cohesive defence team working towards a common goal. This, I believe will ultimatly adversly affect my due process, and may also lend itslef to an inneffective assistance of council claim.

    I am respectfully requesting a Pro-Bono/CJA attourney that has at least the basic competancies in the modern technologies are, as well as competancy with the current charges I am facing.

    Thank you for your time and assistance in this matter.

                                              Sincerly,
                                              Jordan Monroe
                                              11272070
                                              950 High St.
                                              Central Falls, R.I.
                                                    02863

Jordan Monroe
11272070
950 High St.
C.F. R.I. 02863

PROVIDENCE
RI 028
02 OCT '17
PM 3 L

neopost
10/02/2017
US POSTAGE $000.49⁰

ZIP 02863
041L11252843

Clerk of The Court
U.S. Federal District Court
for Rhode Island
Exchange Terrace
Providence, R.I.
02903

02903-177999