23 November 2018

United States District Court
District of Rhode Island
1 Exchange Terrace
Providence, Rhode Island
      02903

Clerk of Court
Dear Sir and or Madam;

    Please be advised that as of 23 November 2018, with regard to case number 1:16-CR-00055-WES-PAS, that George J. West has been terminated as attorney of record. This action is necessary as he has provided ineffective assistance of counsel, and is not properly defnding and vindicating my Constituitonal Rights. The following enumerated issues are the reason for this decission.

    1) Mr. West has ignored 11 letters addressed and mailed specifically to him with regards to strategies, planning, and implementation of strategies and motions to be introduced in the court.

    2) Mr. West has failed to respond to six (6) phone calls initiated from Wyatt Detention to his office, where messages where left with his secretary, yet no response was evere received from him regarding strategies and planning with regard to the instant case.

    3) Mr. West has on at least two (2) ocassions, filed with the court, motions for continuation, and re-brief of motion to suppress and subsequent response to government motions, against explicit orders not to do so until he had provided me with a copy of said motions, and we had reviewed them and both parties were in agreement on their content.

    4) Mr. West has indicated on numerous occasions that he was engaged in, or attempting to engage in negotiations for a plea deal. This is in violation of direct orders forbidding him to engage in this activity, until such time that the court has received the aforementioned motions.

    5) Mr. West has refused repeated requests to come to Wyatt Detention to discuss the case, and review evidence. I have not seen Mr. West in 9 months.

    6) Mr. West has repeatedly refused requests to file motions that are relevent to vindicating and defending my Constitutional Rights, and possibly ending this case in favor of the defendant.

7) Mr. West has failed to respond to repeated requests to aquire a court order mandating that Wyatt Detention allow the defendant to e-mail electronic files to Mr. West in lieu of his actual presence at Wyatt. Mr. West made a big ordeal about sending an evidence tech in to go over electronic evidence. This does not resolve the underlying communications issue.

8) Mr. West in his re-brief of Mr. Thompson's motion to suppress, was at best a failure, and no where near the stellar performance that he had assured me of several months ago.

9) Mr. West spends an inordinate amount of time worrying about what Judge Smith wants with regard to this case. Mr. West continually makes statements as to what Judge Smith likes and doesn't like. It is not Mr. West's job to defend the judge to the defendant, it is the other way around. Mr. West is supposed to defend me to Judge Smith.

10) Mr.West has ignored a request for records and information to be used in a motion to reconsider, or other case related filings, and has missed the deadline of 16 November 2018 for forwarding said records to me at Wyatt Detention. These recoreds are easily downloadable from ECF, or are in his possesion.

For these reasons, Mr. West has been terminated and a new attorney who has perhaps less on his plate, or more of a desire to succeed and win should be appointed. It has been a year since Mr. West was appointed, and this case has come to a dead halt with little or no progress having been made. The reality is that it should have ended two years ago with the filing of the proper motion.

Sincerly,
Jordan Monroe
11272070